FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 18 AM 11: 54

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL GLEAN,

   Petitioner,

v.              CIVIL ACTION NO.: CV505-084

RALPH BATTLE, Warden,

   Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Glean appears to assert that the Anti-Terrorism and Effective Death Penalty Act ("AEDPA") does not apply to his case. Glean contends that the Magistrate Judge incorrectly treated his petition for writ of habeas corpus as a successive petition rather than a continuation of his original petition, which was timely filed. Glean also contends that he is entitled to equitable tolling of the statute of limitation because he was misled to believe that the State waived the exhaustion requirement and because he was diligent in exhausting his state remedies.

   Glean's Objections are contradictory and without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Glean's petition, filed

AO 72A
(Rev. 8/82)

pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this _18th_ day of _August_, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA